UNITED STATES BANKRUPTCY COURT

FOR THE

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

TRACEY DONIRA BATES
Debtor

Chapter 13

Case No.  19-13762-KHK

**ORDER CONFIRMING PLAN**

    The Chapter 13 Plan filed by Tracey Donira Bates on December 10, 2019, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Plan**
Tracey Donira Bates
**Case #19-13762-KHK**

   (3) On December 15, 2019, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $450.00 per month for 60 months.  Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

   (4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

   (5) Any lien avoidance actions(s) contemplated by Section 8(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

   (6) The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt determined under nonbankruptcy law or ii) discharge under section 1328 or iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding.  If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.


Dated: Feb 14 2020

/s/ Klinette H. Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Feb 19 2020

2

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
Tracey Donira Bates
**Case #19-13762-KHK**

**PARTIES TO RECEIVE COPIES**

Tracey Donira Bates
Chapter 13 Debtor
26013 Braided Mane Terrace
Aldie, VA 20105

William Harville
Attorney for Debtor
327 W. Main Street #3
Charlottesville, VA 22903

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Tracey Donira Bates  
     Debtor

Case No. 19-13762-KHK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: glennj     Page 1 of 1     Date Rcvd: Feb 19, 2020  
                    Form ID: pdford3    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
db          +Tracey Donira Bates,   26013 Braided Mane Terrace,   Aldie, VA 20105-5872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
          Andrew Todd Rich    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkvaecfupdates@bww-law.com  
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov  
          Steven F. Jackson    on behalf of Creditor    County of Loudoun Steve.Jackson@loudoun.gov,  
           Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov  
          Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
          William   Harville    on behalf of Debtor Tracey Donira Bates harvillelaw@gmail.com  
                                                                                                                                             TOTAL: 5