**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

T‌RACEY D‌ONIRA B‌ATES
Debtor

Chapter 13

Case No.  19-13762-KHK

**ORDER CONFIRMING PLAN**

     The Chapter 13 Plan filed by Tracey Donira Bates on December 10, 2019, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Plan**
Tracey Donira Bates
**Case #19-13762-KHK**

(3) On December 15, 2019, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $450.00 per month for 60 months. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

(4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

(5) Any lien avoidance actions(s) contemplated by Section 8(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

(6) The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt determined under nonbankruptcy law or ii) discharge under section 1328 or iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding. If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.

Dated: Feb 14 2020

/s/ Klinette H. Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Feb 19 2020

2

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
Tracey Donira Bates
**Case #19-13762-KHK**

**PARTIES TO RECEIVE COPIES**

Tracey Donira Bates
Chapter 13 Debtor
26013 Braided Mane Terrace
Aldie, VA 20105

William Harville
Attorney for Debtor
327 W. Main Street #3
Charlottesville, VA 22903

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314