**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE: Sabrina Michelle Lancaster-Lyons                Case No. 22-32918
Debtor(s)

**Certification by Debtor(s) Requesting Plan Confirmation**
**and Compliance with Requirements of 11 U.S.C. § 1325**

THE DEBTOR(S) CERTIFY THAT THE STATEMENTS BELOW ARE TRUE AS OF THE DATE HEREOF AND THAT THEY WILL BE TRUE AS OF THE CONFIRMATION DATE OF THE CHAPTER 13 PLAN AND MAY BE RELIED UPON BY THE COURT UNLESS NOTICE IN WRITING TO THE CONTRARY IS GIVEN TO THE TRUSTEE AND THE COURT AT OR PRIOR TO SUCH TIME.

1. Select either A or B:

    _X_  A.  Since the filing of this bankruptcy case, the Debtor(s) have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. §101(14A)].

    ___  B.  Debtor(s) have paid all amounts that first became due and payable after the filing of this bankruptcy case which Debtor(s) were required to pay under a domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)] required by a judicial or administrative order, or by statute.

Laura Taylor Alridge (VSB #42549)         Emily Connor Kennedy (VSB #83889)      Boleman Law Firm, P.C.
Christopher M. Baker (VSB #78259)         Lawrence M. King III (VSB #95849)      2104 Laburnum Ave, Suite 201
G. Russell Boleman III (VSB #32484)       Amanda DeBerry Koehn (VSB #83805)      P.O. Box 11588
John R. Bollinger (VSB #46672)            Mark C. Leffler (VSB #40712)           Richmond, VA 23230-1588
Veronica D. Brown-Moseley (VSB #87348)    Stephen F. Relyea (VSB #77236)         (804) 358-9900
Matthew R. Hahne (VSB #68213)             Kathryne Mary Rose Shaw (VSB #89561)
Lorin D. Hay (VSB #16921)                 Daniel J. Webster (VSB #92593)
Patrick T. Keith (VSB #48446)

2. Debtor(s) have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case.

The Debtor(s) acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm the chapter 13 plan. The Debtor(s) understand that the Court may revoke confirmation of the chapter 13 plan if the statements relied upon are not accurate.

Signed:

/s/ Sabrina Michelle Lancaster-Lyons
Debtor

## Attorney's Certification

I certify that I am counsel of record for the Debtor(s), that I have reviewed this Certification requesting confirmation of the chapter 13 plan with the Debtor(s), and that I am filing a copy of this document with the Court and with the Chapter 13 Trustee on October 14, 2022.

/s/ Veronica D. Brown-Moseley
Attorney for Debtor(s)
Laura Taylor Alridge (VSB #42549)
Christopher M. Baker (VSB #78259)
G. Russell Boleman III (VSB #32484)
John R. Bollinger (VSB #46672)
Veronica D. Brown-Moseley (VSB #87348)
Matthew R. Hahne (VSB #68213)
Lorin D. Hay (VSB #16921)
Patrick T. Keith (VSB #48446)
Emily Connor Kennedy (VSB #83889)
Lawrence M. King III (VSB #95849)
Amanda DeBerry Koehn (VSB #83805)
Mark C. Leffler (VSB #40712)
Stephen F. Relyea (VSB #77236)
Kathryne Mary Rose Shaw (VSB #89561)
Daniel J. Webster (VSB #92593)

Boleman Law Firm, P.C.
2104 Laburnum Ave, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588